# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: BEAR CREEK TECHNOLOGIES, INC. ('722) PATENT LITIGATION | ) ) ) | MDL No. 12-2344-GMS |
| CHARTER COMMUNICATIONS, INC. v. BEAR CREEK TECHNOLOGIES, INC. | ) ) ) | C.A. No. 11-722-GMS |
| BEAR CREEK TECHNOLOGIES, INC. v. VONAGE HOLDINGS CORPORATION, et al. | ) ) ) | C.A. No. 11-723-GMS |
| BEAR CREEK TECHNOLOGIES, INC. v. CSC HOLDINGS, LLC | ) ) ) | C.A. No. 11-724-GMS |
| BEAR CREEK TECHNOLOGIES, INC. v. MEDIACOM COMMUNICATIONS CORPORATION, et al. | ) ) ) ) | C.A. No. 11-725-GMS |
| BEAR CREEK TECHNOLOGIES, INC. v. QWEST COMMUNICATIONS INTERNATIONAL, INC., et al. | ) ) ) ) | C.A. No. 11-726-GMS |
| BEAR CREEK TECHNOLOGIES, INC. v. T-MOBILE USA, INC. | ) ) ) | C.A. No. 11-727-GMS |
| BEAR CREEK TECHNOLOGIES, INC. v. AT&T INC., et al. | ) ) ) | C.A. No. 11-729-GMS |
| BEAR CREEK TECHNOLOGIES, INC. v. TIME WARNER CABLE, INC., et al. | ) ) ) | C.A. No. 11-730-GMS |
| BEAR CREEK TECHNOLOGIES, INC. v. COX COMMUNICATIONS, INC., et al. | ) ) ) | C.A. No. 12-565-GMS |

## MOTION TO STAY PENDING REEXAMINATION

Defendants AT&T Inc., AT&T Teleholdings, Inc., Cox Communications, Inc., Cox Virginia Telecom LLC, Bright House Networks, LLC, Charter Communications, Inc., CSC Holdings, LLC, Mediacom Broadband, LLC, Mediacom Communications Corp., Qwest

{00727419;v1}

Communications Int'l, Inc., Qwest Communications Company, LLC, SBC Internet Services, Inc., Time Warner Cable, Inc., T-Mobile USA, Inc., Vonage America, Inc., Vonage Communications, Inc., Vonage Holdings Corp., and Vonage Marketing LLC respectfully move the Court to stay the litigation pending the final decision of the U.S. Patent and Trademark Office ("PTO") regarding the *inter partes* reexamination of U.S. Patent No. 7,889,722. The grounds for this motion are set forth in the moving defendants' opening brief, which is being filed concurrently herewith.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *John G. Day* | /s/ *Jack B. Blumenfeld* |
| _____ | _____ |
| John G. Day (#2403) | Jack B. Blumenfeld (#1014) |
| Tiffany Geyer Lydon (#3950) | Rodger D. Smith II (#3778) |
| Andrew C. Mayo (#5207) | 1201 North Market Street |
| 500 Delaware Avenue, 8th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 654-1888 | jblumenfeld@mnat.com |
| jday@ashby-geddes.com | rsmith@mnat.com |
| tlydon@ashby-geddes.com | |
| amayo@ashby-geddes.com | |
| *Attorneys for AT&T Inc., SBC Internet Services, Inc. and AT&T Teleholdings, Inc.* | *Attorneys for Cox Communications, Inc. and Cox Virginia Telecom LLC* |
| *Of Counsel:* | *Of Counsel:* |
| Joseph P. Zammit | Susan A. Cahoon |
| FULBRIGHT & JAWORSKI LLP | Audra A. Dial |
| 666 fifth Avenue | Michael J. Turton |
| New York, NY 10103 | KILPATRICK TOWNSEND & STOCKTON LLP |
| (212) 318-3346 | 1100 Peachtree Street, Suite 2800 |
| jzammit@fulbright.com | Atlanta, GA 30309 |
| | (404) 815-6307 |
| Daniel Leventhal | scahoon@kilpatricktownsend.com |
| FULBRIGHT & JAWORSKI L.L.P. | adial@kilpatricktownsend.com |
| 2200 Ross Avenue, Suite 2800 | mturton@kilpatricktownsend.com |
| Dallas, TX 75201 | |
| (214) 855-8000 | Taylor Higgins Ludlam |
| dleventhal@fullbright.com | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 4208 Six Forks Road, Suite 1400 |
| | Raleigh, NC 27609 |
| | taludlam@kilpatricktownsend.com |

| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Lauren E. Maguire* | /s/ *Anne Shea Gaza* |
| Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com | Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Jason J. Rawnsley (#5379)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>rawnsley@rlf.com |
| *Attorneys for Charter Communications, Inc.* | *Attorneys for CSC Holdings, LLC* |
| *Of Counsel:* | *Of Counsel:* |
| Thomas L. Duston<br>Kevin D. Hogg<br>John R. Labbe<br>Sarah J. Kalemeris<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>(312) 474-6300<br>tduston@marshallip.com<br>khogg@marshallip.com<br>jlabbe@marshallip.com<br>skalemeris@marshallip.com | Benjamin Hershkowitz<br>R. Scott Roe<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166<br>(212) 351-4000<br>bhershkowitz@gibsondunn.com<br>sroe@gibsondunn.com |

| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ *Lauren E. Maguire* | /s/ *Travis Hunter* |
| _____ | _____ |
| Steven J. Balick (#2114) | Chad M. Shandler (# 3796) |
| Lauren E. Maguire (#4261) | Travis Hunter (#5350) |
| Andrew C. Mayo (#5207) | One Rodney Square |
| 500 Delaware Avenue, 8th Floor | P.O. Box 551 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 651-7700 |
| (302) 654-1888 | shandler@rlf.com |
| sbalick@ashby-geddes.com | hunter@rlf.com |
| lmaguire@ashby-geddes.com | |
| amayo@ashby-geddes.com | |
| *Attorneys for Mediacom Broadband, LLC and Mediacom Communications Corp.* | *Attorneys for Qwest Communications Int'l, Inc. and Qwest Communications Company, LLC* |
| *Of Counsel:* | *Of Counsel:* |
| Mitchell Lukin | Jonathan Garwood Graves |
| Robinson Vu | COOLEY LLP |
| Natalie Alfaro | Reston Town Center |
| BAKER BOTTS LLP | One Freedom Square |
| One Shell Plaza | 11951 Freedom Drive |
| 910 Louisiana Street | Reston, VA 20190 |
| Houston, TX 77002 | (703) 456-8000 |
| (713) 229-1234 | jgraves@cooley.com |
| mitch.lukin@bakerbotts.com | |
| robinson.vu@bakerbotts.com | |
| natalie.alfaro@bakerbotts.com | |

| RICHARDS, LAYTON & FINGER, P.A. | DUANE MORRIS LLP |
|---|---|
| /s/ *Kelly E. Farnan* | /s/ *Matt Neiderman* |
| Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>rfarnan@rlf.com | Matt Neiderman (#4018)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>(302) 657-4920<br>mneiderman@duanemorris.com |
| *Attorneys for Time Warner Cable, Inc. and Bright House Networks, LLC* | *Attorneys for T-Mobile USA, Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| Daniel L. Reisner<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000<br>dreisner@kayescholer.com | L. Norwood Jameson<br>Matthew S. Yungwirth<br>John R. Gibson<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309<br>(404) 253-6900<br>wjameson@duanemorris.com<br>msyungwirth@duanemorris.com<br>jrgibson@duanemorris.com |

SEITZ ROSS ARONSTAM & MORITZ LLP

/s/ *Benjamin Schladweiler*
_____
Collins J. Seitz, Jr. (#2237)
Benjamin Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@seitzross.com

*Attorneys for Vonage America, Inc., Vonage Communications, Inc., Vonage Holdings Corp., and Vonage Marketing LLC*


*Of Counsel:*

Michael J. Summersgill
WILMER CUTLER PICKERING
   HALE & DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6556
michael.summersgill@wilmerhale.com

Dated: March 1, 2013

# CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1.

I hereby certify that counsel for the moving defendants made reasonable efforts to reach agreement on the attached motion for stay pending reexamination, but that no agreement could be reached with counsel for Bear Creek.

*/s/ John G. Day*
_____
John G. Day